*The Law Office of Suzanne Myron*

*6800 Jericho Turnpike, Suite 120W*

*Syosset, NY  11791*

*516-393-5821*

*Fax:  516-496-9052*

*Email:  smyron@specialeducationlawyerny.com*

*www.specialeducationlawyerny.com*

---

Suzanne Myron

Ian C. Heller, Of Counsel

**via ECF**

March 13, 2024

Judge Nina Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:	Pshenichnykh v. East Meadow UFSD
	2:23-cv-07183-NRM-JRW

Dear Judge Morrison,

I write with the consent of opposing counsel, Steve Stern, in regards to the above action.

You asked that we file a status report in regards to whether Plaintiff would amend the complaint or choose to oppose Defendant's premotion letter in anticipation of filing a motion to dismiss.

My client has decided not to amend the complaint.  We will be opposing Defendant's anticipated motion to dismiss.

In addition you asked that we indicate whether the two sides would like a settlement conference or mediation.   The parties have agreed to a settlement conference with Judge Wicks.


Thank you.

Suzanne Myron